**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03133-RPM

FOREIGN TRADE CORPORATION, a California corporation, d/b/a Technocel

    Plaintiff and Counter Defendant

v.

OTTER PRODUCTS, LLC, a Colorado limited liability company

    Defendant and Counter Claimant

---

### STIPULATED MOTION FOR DEFENDANT AND COUNTER CLAIMANT TO WITHDRAW TRADE DISPARAGEMENT CLAIM

---

Counter Defendant Foreign Trade Corporation, doing business as Technocel ("**Technocel**") and Counter Claimant Otter Products, LLC ("**OtterBox**") move for the Court to approve the following Stipulation (defined herein):

1. On November 20, 2014, Technocel filed a *Complaint and Jury Demand against OtterBox*, commencing the above-captioned matter. (ECF No. 1.)

2. On December 12, 2014, OtterBox filed *Defendant's Answer to Complaint And Defendant's Counterclaim Against Plaintiff* (the "**Counterclaim**") (ECF No. 11), asserting two counterclaims against Technocel.

3. The Second Claim for relief in the Counterclaim alleges trade disparagement in connection purported e-mails sent by Technocel's employees (the "**Trade Disparagement Claim**").

4. On January 16, 2015, Technocel filed its *Motion by Counter Defendant to Dismiss Counter Claimant's Counterclaim* (the "**Motion to Dismiss**"), moving to dismiss the Trade Disparagement Claim.  (ECF No. 15.)

5. In order to move this case toward, hopefully, a quicker resolution, the parties mutually agree as follows (the "**Stipulation**"):

    a. Dismissal of the Trade Disparagement Claim and the striking of paragraphs 28-30 and 39-45 of the Counterclaim, without prejudice;

    b. Withdrawal of the Motion to Dismiss, without prejudice;

    c. OtterBox's remaining claim for breach of contract and all other defenses OtterBox has asserted against Technocel are not subject to this Stipulation;

    d. OtterBox may take discovery on its to-be-dismissed Trade Disparagement Claim;

    e. Nothing herein is intended to waive or otherwise affect Technocel's ability or right to contest any efforts by OtterBox to attempt to reassert, whether by motion to amend or otherwise, the Trade Disparagement Claim (in whole or in part);

    f. Each party shall bear its own attorneys' fees and costs related to this Stipulation, the Stipulated Motion, the Trade Disparagement Claim, and the Motion to Dismiss; and

    g. Technocel shall have 21 days after an entry of an order on this Stipulated Motion to respond to the Counterclaim.

WHEREFORE, Technocel and OtterBox respectfully request that this Court approve the Stipulation.

Respectfully submitted February 9, 2015.

| s/ Lauren E. Schmidt<br>Lauren E. Schmidt<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>410 Seventeenth Street, Suite 2200<br>Denver, Colorado 80202-4432<br>Telephone: 303.223.1100<br>E-mail: lschmidt@bhfs.com<br>*Attorneys for Defendant and Counter Claimant Otter Products, LLC* | s/ Kevin S. Neiman<br>Kevin S. Neiman<br>HOROWITZ & BURNETT, P.C.<br>1660 Lincoln Street, Suite 1900<br>Denver, CO 80264<br>Telephone 303-996-8600<br>E-mail: kneiman@hblegal.net<br><br>-and-<br><br>Farhad Novian, Esq.<br>Joseph A. Lopez, Esq.<br>NOVIAN & NOVIAN, LLP<br>1801 Century Park East, Suite 1201<br>Los Angeles, CA 90067<br>Telephone: (310) 553-1222<br>E-mail: farhad@novianlaw.com;<br>joseph@novianlaw.com<br>*Attorneys for Plaintiff and Counter Defendant Foreign Trade Corporation d/b/a Technocel* |
|---|---|

013970\0008\11880897