**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03133-RPM

FOREIGN TRADE CORPORATION,
a California corporation, d/b/a Technocel,

    Plaintiff and Counter Defendant,

v.

OTTER PRODUCTS, LLC,
a Colorado limited liability company,

    Defendant and Counter Claimant.
_____

ORDER APPROVING STIPULATED MOTION FOR DEFENDANT AND COUNTER CLAIMANT TO WITHDRAW TRADE DISPARAGEMENT CLAIM
_____

On February 9, 2015, the parties filed a Stipulated Motion for Defendant and Counter Claimant to Withdraw Trade Disparagement Claim [Doc. 16]. It is now

ORDERED that the stipulated motion is granted and the plaintiff's motion to dismiss second claim for relief [Doc. 15] is moot.

DATED:   February 10th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge