# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03133-RPM

FOREIGN TRADE CORPORATION,
a California corporation, d/b/a Technocel,

      Plaintiff and Counter Defendant,

v.

OTTER PRODUCTS, LLC,
a Colorado limited liability company,

      Defendant and Counter Claimant.

_____

Civil Action No. 15-cv-02575-RPM

OTTER PRODUCTS, LLC,

      Plaintiff,

v.

WIRELESS XCESSORIES GROUP, INC.,

      Defendant.

_____

Civil Action No. 15-cv-02591-RPM

OTTER PRODUCTS, LLC,

      Plaintiff,

v.

HL DALIS INCORPORATED,

      Defendant.

_____

## ORDER FOR STAY AND FOR STATUS CONFERENCE
_____

Pursuant to the hearing held today in Civil Action No. 14-cv-03133-RPM, it is

ORDERED that the referenced cases are stayed pending a status conference.  It is

FURTHER ORDERED that a status conference is set for **January 29, 2016, at 10:00 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall file a joint status report on or before **January 22, 2016.**

DATED:    January 6th, 2016

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge