**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-03133-RPM

FOREIGN TRADE CORPORATION,
a California corporation, d/b/a Technocel,

    Plaintiff and Counter Defendant,

v.

OTTER PRODUCTS, LLC,
a Colorado limited liability company,

    Defendant and Counter Claimant.

_____

Civil Action No. 15-cv-02575-RPM

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

WIRELESS XCESSORIES GROUP, INC.,

    Defendant.

_____

Civil Action No. 15-cv-02591-RPM

OTTER PRODUCTS, LLC,

    Plaintiff,

v.

HL DALIS INCORPORATED,

    Defendant.

_____

ORDER SETTING DISCOVERY CONFERENCE
_____

Pursuant to the status conference this morning, it is

ORDERED that a discovery conference will be held on **March 4, 2016, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel shall submit a joint statement for consolidated discovery (original only) in paper form directly to chambers by **4:00 p.m. on February 26, 2016.**  The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

DATED:   January 29th, 2016

>BY THE COURT:
>
>s/Richard P. Matsch
>
>_____
>Richard P. Matsch, Senior District Judge