IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   14-cv-03133-RPM

FOREIGN TRADE CORPORATION,
a California corporation, d/b/a Technocel,

      Plaintiff and Counter Defendant,

v.

OTTER PRODUCTS, LLC,
a Colorado limited liability company;
TESSCO TECHNOLOGIES, INC., a Delaware corporation;
NITE IZE, INC., a Colorado corporation;
BRIGHTSTAR CORPORATION, a Delaware corporation; and
INGRAM MICRO, INC., a Delaware corporation,

      Defendants.

_____

ORDER ON OTTER PRODUCTS, LLC'S MOTION TO DISMISS FOREIGN TRADE CORPORATION'S FIFTH CLAIM FOR RELIEF (DOC. 95)
_____

      Otter Products, LLC (OtterBox) moves to dismiss the Fifth Claim for Relief asserted by Foreign Trade Corporation (Technocel). That claim alleges unfair competition in violation of California Business and Professional Code § 17200.

      The Distributor/Reseller Agreement between OtterBox and Technocel contains a choice of law provision stating:

> Applicable Law: This Agreement and all matters arising from or connected with it are governed by, and shall be construed in accordance with, the laws of the State of Colorado, United States of America….

Technocel's Fifth Claim arises from or is connected with the agreement between these parties. This contractual choice of Colorado law applies unless the application of Colorado law would be contrary to a fundamental policy of a state which has a

materially greater interest in the determination of the issues. Technocel has not shown that Colorado law on the misappropriation of trade secrets is materially different from the law of California, much less contrary to a fundamental policy of the state of California.

Accordingly, it is

ORDERED that OtterBox's motion to dismiss Technocel's Fifth Claim for Relief is GRANTED.

DATED: February 15, 2017.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge